**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **K.J., a minor, by and through her mother and next friend, KR. J., and KR. J.,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | **NO. 3:25-cv-01297** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **WILLIAMSON COUNTY BOARD OF EDUCATION,** | ) | **MAGISTRATE JUDGE HILL** |
| **Defendant.** | ) | |

**ORDER**

The Court is in receipt of the parties' Joint Stipulation of Dismissal with Prejudice (Doc. No. 52) stating that they stipulate to the dismissal of this action with prejudice. Accordingly, pursuant to the parties' joint stipulation, this action is hereby **DISMISSED** with prejudice. It is so **ORDERED**.

William L. Campbell Jr.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE